# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:23-mj-0024 CKD |
| RYAN DAVIDEK | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**
Feb 16, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2016-2018__ in the county of __Placer__ in the __Eastern__ District of __California__ and elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(b) | Travel with Intent to Engage in Illicit Sexual Conduct |

This criminal complaint is based on these facts:

(see attachment)

☒  Continued on the attached sheet.

/s/
*Complainant's signature*

Scott Schofield, Special Agent,
Federal Bureau of Investigation
*Printed name and title*

Sworn to me and signed via telephone.

Date: February 16, 2023 at 2:01 pm

*Judge's signature*

City and state: Sacramento, California

Carolyn K. Delaney, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT FOR RYAN DAVIDEK**

I, Scott A. H. Schofield, being first duly sworn, hereby depose and state as follows:

## I. PURPOSE

1. I submit this affidavit in support of a Criminal Complaint and Arrest Warrant for Ryan DAVIDEK for a violation of 18 U.S.C. § 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct.

## II. AGENT BACKGROUND AND EXPERIENCE

2. I have been employed as an FBI Special Agent since 2004 and am currently assigned to the Violent Crimes Against Children Squad in the Sacramento Division. While employed by the FBI, I have investigated federal criminal violations related to White Collar crime, domestic and international child exploitation, and child pornography. Since 2011, I have specialized in investigating sexual crimes against children. I have received training in the area of identifying and investigating child pornography and child exploitation crimes, and as part of my duties have observed and reviewed numerous examples of child pornography in many forms, including computer media. In the course of my employment, I have participated in many search warrants in connection with child exploitation matters and other violations involving businesses and residences. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251, 2252, 2252A, 2422(b), and 2423 (a), (b), and (c).

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## III. PROBABLE CAUSE

4. In or around 2016, DAVIDEK began a sexual relationship with a minor, Victim 1, who was age 14. DAVIDEK was 32 when their relationship started, and it continued for approximately 4 years. During this time, DAVIDEK was a resident of Lincoln, California, within the Eastern District of California.

5. Victim 1 has reported the following:

   a) When she was 14, she met DAVIDEK, 32, on an app called CamFrog. This app provided video chat rooms, as well as the ability to privately chat with other CamFrog users. The two began chatting privately on CamFrog.

   b) During these private chats, they engaged in "video sex."

   c) This relationship continued, and in or about May 2016, DAVIDEK drove to Reno, Nevada from his home in Lincoln, California, picked up Victim 1 near her home in his Blue Ford Mustang with white racing stripes, and transported her to the Circus Circus hotel in Reno, Nevada, where they had sexual intercourse. This was Victim 1's first sexual experience.

   d) Sometime after this first encounter, but before the Fall of 2016, Victim 1 informed DAVIDEK she was actually 14 years of age. DAVIDEK was surprised; Victim 1 recalled he did not believe her and she had to prove to him she was in Junior High School at the time. Victim 1 believed she may have shown DAVIDEK her student identification to prove this and DAVIDEK seemed shocked she was so young. DAVIDEK had not seemed as shocked when Victim 1 told him she was 16 years of age.

   e) The sexual relationship continued. When DAVIDEK would pick Victim 1 up and take her to a hotel, they would enter the hotel separately and try to appear not to be together. This was to avoid detection by law enforcement or anyone Victim 1 may know, including her parents who sometimes frequented the hotel/casinos in Reno.

   f) After the first sexual encounter at the Circus Circus hotel, the pair generally went to the Sands Regency hotel in Reno, Nevada. Victim 1 chose this hotel because it was one of the places her parents rarely, if ever, went to gamble.

   g) In or around October or November 2016, while Victim 1 was 14 years of age and after she had informed DAVIDEK of that fact, DAVIDEK traveled from his home in California to Reno, Nevada to pick up Victim 1 and drive her back to his home in California to spend the weekend with him. DAVIDEK transported Victim 1 from Nevada to California in his blue Ford Mustang. They had sex that night. She spent two nights at DAVIDEK's home in Lincoln, California and they had sex at least twice. DAVIDEK then drove Victim 1 back to Reno.

AFFIDAVIT 2

h) This relationship continued off and on for approximately 4 years. During these four years, Victim 1 estimated DAVIDEK traveled to Reno to have sex with her approximately 25-30 times. She believed DAVIDEK took her to his home in California three times and the two had sex at his home during each of these stays. They also had sex in the back of DAVIDEK's Ford Mustang one time during one of his visits to Reno.

i) During this four-year relationship, the two also had "video sex" on numerous occasions. This included times when DAVIDEK asked Victim 1 to show her genitals and/or masturbate on camera while he did the same. This happened when Victim 1 was in two different states. Based on the background, Victim 1 could see that DAVIDEK was at his home in California during these calls, which occurred while Victim 1 was under the age of 18.

j) At one point, Victim 1 asked DAVIDEK "what are we gonna do when I graduate highschool". Victim 1 advised she was asking how their meetings would change when she was "of age" and they no longer had to hide their relationship. DAVIDEK replied "[oh my god/goodness] / I thought you already graduated / You mean college right?" Victim 1 believed DAVIDEK replied this way because he was uncomfortable with the fact she was in high school. However, Victim 1 stated she believed there was no way DAVIDEK could have believed she was over the age of 18 and already in college. One of the reasons was Victim 1 could not obtain a driver's license because of her age during their relationship, which was why DAVIDEK had to drive all the way to Reno and pick her up.

k) Victim 1 advised DAVIDEK had a "rape kink" and was also into BDSM (bondage, discipline, dominance, and submission) behavior. DAVIDEK purchased clothing for Victim 1 to wear, including cheerleader and school girl outfits. He would bind Victim 1 with duct tape or rope during many of their sexual encounters, and would sometimes pretend to rape Victim 1. One time while in Reno, DAVIDEK took Victim 1 to a store to purchase outfits for this purpose.

l) Several times, Victim 1 would awaken to find DAVIDEK about to insert his penis into her vagina. She woke up because he was climbing on top of her. This made her uncomfortable.

AFFIDAVIT 3

  m) DAVIDEK recorded them having sex at least twice, while she was under the age of 18.  He sent the videos to Victim 1.  DAVIDEK used his Samsung cell phone to record them.

  n) DAVIDEK mostly communicated with Victim 1 via his Google account.  However, he also used a Microsoft account, ibanez_92@hotmail.com.

*Photos provided by Victim 1*

6. Victim 1 provided a series of photos and screenshots of chat messages between DAVIDEK and Victim 1.  These included a screenshot of the chats relayed above about Victim 1 graduating from high school, as well as the following, in part:

  a) A photo of DAVIDEK and Victim 1 with snow in the background that was taken on the way from Reno to DAVIDEK's home in Lincoln, California, the first time DAVIDEK transported Victim 1 to his home in California and had sex with her there.

  b) A screenshot of chat messages from DAVIDEK's Snapchat account reading "it wasn't that weird when I said you were short during sex / you're short ok? / I have to kneel down to get it in / It's worth mentioning / god… ."  Victim 1 told me that on at least one occasion DAVIDEK had sex with her while on his knees, as he described in these messages.  Victim 1 estimated DAVIDEK was approximately 6 feet, 2 inches tall and Victim 1 was only 5 feet, 1 inch tall.

  c) A screenshot showing two audio calls and four video calls took place between Victim 1 and DAVIDEK's Google accounts on November 6 and 7, 2017.  Victim 1 was 15 years of age at that time.

  d) A series of messages between Victim 1 and DAVIDEK's Google accounts regarding DAVIDEK telling his sister about Victim 1.

  e) A series of screenshots of an email conversation between Victim 1 and DAVIDEK's Hotmail email address, one of which from 2018 references a two-year "friendship" between the two by DAVIDEK.  Victim 1 would have just turned 16 in April 2018, and she would have been 14 years of age two years prior.

  f) Various selfie style photos of DAVIDEK and Victim 1 in various locations, including DAVIDEK's home in Lincoln, California, the Sands Regency hotel in Reno,

AFFIDAVIT 4

DAVIDEK's Mustang vehicle, and Victim 1 and DAVIDEK lying in bed together.

      g)      A selfie style photo of DAVIDEK standing in front of a mirror nude. His face is obscured and a dark cloth is covering his genitals. He can be seen from the upper thigh to his neck.

*Other investigation*

7. An Administrative Subpoena was served on PalTalk, the parent company for the Camfrog app, on September 9, 2022, seeking information about the accounts Victim 1 indicated DAVIDEK had used to communicate with her. Camfrog provided the following information:

      a)      The account with display name "__Atheist__" was established in February 2009 and was associated with DAVIDEK's Hotmail email address (ibanez_92@hotmail.com). The user-supplied information associated with the account included a date of birth matching DAVIDEK's date of birth. The account was active as of August 2022. The account had been accessed from various IP addresses, including one in Reno, Nevada on May 12, 2017.

      b)      The account with display name "AMANAPLANACPANAMA_" was established in January 2018 and was associated with email AmanAplanAcanalPanama@gmail.com. The user-supplied information was vague, including a date of birth of January 1, 2000 and an age of 22 years old. The account was currently inactive, with the most recent login being December 24, 2021. This account was accessed from the same IP address as the __Athiest__ account and from a Reno, Nevada IP address in November 2019, February 2020, and May 2020.

8. DAVIDEK's Bank of America banking and credit card records revealed, in part:

      a)      Payments to Circus Circus in Reno, Nevada on May 24, 2016 and June 13, 2016.

      b)      A purchase at Spencer's Gifts in Reno, Nevada in June 2016 and two purchases at a now-closed adult store in Reno, Nevada called Libido Adult Store in August 2016 and December 2017.

      c)      Various payments to The Sands hotel in Reno, Nevada dating from 2016 through 2020.

      d)      Various gasoline purchases in Reno, Nevada dating from 2016 through 2021.

///

*Initial Observations during execution of Search Warrant 2:23-sw-0143 CKD at DAVIDEK's residence in Lincoln*

9. Members of the FBI search warrant execution team found a computer in DAVIDEK's bedroom with Camfrog open and logged into the "__Atheist__" account after making entry into DAVIDEK's residence on February 16, 2023. They also recovered room keys from the Sands Hotel in Reno, Nevada.

10. DAVIDEK's bedroom and bathroom matched photographs referenced above that depicted Victim 1 and DAVIDEK.

### IV. REQUEST FOR COMPLAINT AND WARRANT

11. Based on the facts above, there is probable cause to charge Ryan DAVIDEK with a violation of 18 U.S.C. § 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct. Accordingly, I respectfully request the Court issue a Criminal Complaint and an Arrest Warrant.

Respectfully submitted,

/s/
Scott A. H. Schofield
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me telephonically on: February 16, 2023

The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE

Approved as to form by AUSA ALEXIS KLEIN

AFFIDAVIT 6

2:23-mj-0024 CKD

### United States v. Ryan Davidek
**Penalties for Criminal Complaint**

**Defendants**
**RYAN DAVIDEK**

### COUNT ONE:

VIOLATION:   18 U.S.C. § 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct

PENALTIES:   Not more than 30 years imprisonment; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years up to life
Restitution for victim(s)

SPECIAL ASSESSMENT:  $5,100 (18 U.S.C. §§ 3013, 3014)